ORIGINAL

Approved: __Jeffrey C. Coffman / TJW__
JEFFREY C. COFFMAN
Assistant United States Attorney

Before: THE HONORABLE HENRY PITMAN
United States Magistrate Judge
Southern District of New York

19MAG 6518

------------------------------- X
                                :   SEALED COMPLAINT
UNITED STATES OF AMERICA        :
                                :   Violations of
     - v. -                     :   18 U.S.C. §§ 1951
                                :   and 2.
TSANI RUSSELL,                  :
     a/k/a "Psani Russell,"     :
                                :   COUNTY OF OFFENSE:
          Defendant.            :   BRONX
                                :
------------------------------- X

SOUTHERN DISTRICT OF NEW YORK, ss.:

ANTHONY J. CURTIN, being duly sworn, deposes and says that he is a Task Force Officer with the Federal Bureau of Investigation ("FBI"), and charges as follows:

COUNT ONE
(Conspiracy to Commit Hobbs Act Robbery)

1. From on or about March 26, 2018 through on or about March 26, 2018, in the Southern District of New York and elsewhere, TSANI RUSSELL, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951.)

COUNT TWO
(Hobbs Act Robbery)

2.   On or about March 26, 2018, in the Southern District of New York and elsewhere, TSANI RUSSELL, the defendant, did knowingly commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RUSSELL committed a robbery of a business located in Bronx, New York, and aided and abetted the same, by using force and threat of force to take cash from victims.

(Title 18, United States Code, Sections 1951 and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.   I am a Detective with the New York City Police Department's ("NYPD's") Violent Crimes Task Force, and a Task Force Officer with the FBI. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, on my conversations with other law enforcement, and on my examination of various reports, records, and surveillance videos. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4.   Based upon my conversations with an FBI agent and an NYPD detective, as well as my review of surveillance video and FBI and NYPD reports of witness interviews, I am aware of the following:

   a.   On or about the morning of March 26, 2018, two men robbed a Target Store in Bronx, New York (the "Target Store"), taking approximately $215,000 cash (the "Target Robbery").

   b.   The men wore scarves over their faces, and used a key to enter the Target Store's "money room" through doors that had been locked.

   c.   A female employee of the Target Store ("Witness-1") was present in the money room when the two masked men entered. The men told her not to move. While Witness-1 remained seated,

the men took cash from a table and a safe, which was open, inside the money room, and placed it into a duffel bag. When the bag was full, one of the men placed additional cash into his pants.

        d.    After taking the cash, the men ran out of the Target Store's front entrance and departed on a blue and white motorcycle.

### Co-Conspirator-1

        e.    Another employee of the Target Store ("Witness-2") reported that a fellow employee of the Target Store ("Co-Conspirator-1") told Witness-2 approximately one to two weeks prior to the Target Robbery that Co-Conspirator-1 had accidentally brought a key home from the Target Store, and did not bring it back the same day because she did not want to travel back from the Target Store.

    5.    Information and records obtained from the Target Store reflect that a Co-Conspirator-1 was employed by the Target Store, but was not working at the Target Store on the day of the Target Robbery. In her application for employment, Co-Conspirator-1 listed an address in New Rochelle, New York ("Co-Conspirator-1's New Rochelle Address") as her residence.

### Communications Between TSANI RUSSELL and Co-Conspirator-1

    6.    Based upon records obtained from T-Mobile and Sprint, I am aware that:

        a.    From on or about February 25, 2017, through on or about April 14, 2018, when the account was deactivated, a cellphone with phone number ending in 2660 ("Co-Conspirator-1 Cellphone-1") was subscribed to in the name of Co-Conspirator-1 at Co-Conspirator-1's New Rochelle Address.

        b.    From on or about February 27, 2018, through at least on or about June 3, 2018, a cellphone with phone number ending in 3431 ("Co-Conspirator-1 Cellphone-2") was subscribed to in the name of Co-Conspirator-1 at Co-Conspirator-1's New Rochelle Address.

        c.    From on or about February 28, 2018, through at least on or about June 3, 2018, a cellphone with phone number ending in 3575 ("Co-Conspirator-1 Cellphone-3") was subscribed to in the name of Co-Conspirator-1 at Co-Conspirator-1's New Rochelle Address.

d. From at least in or about January 2017, through at least in or about June 2018, a cellphone with phone number ending in 5571 was subscribed to in the name of "Psani Russell" (the "Russell Cellphone") at an apartment address in Brooklyn, New York.

7. Toll records provided by T-Mobile reflect that, from December 30, 2017 through February 13, 2018, Co-Conspirator-1 Cellphone-1 was used to make approximately 24 calls to the Russell Cellphone.

8. Toll records provided by Sprint reflect that:

a. From approximately 12:21 a.m. through 2:05 a.m. on February 14, 2018, the Russell Cellphone was used to make approximately 30 calls to Co-Conspirator-1 Cellphone-1.

b. From February 28, 2018 through April 21, 2018, the Russell Cellphone was used to make approximately 34 calls to, and to send approximately 18 text messages to, Co-Conspirator-1 Cellphone-2.

c. On March 1, 2018, Co-Conspirator-1 Cellphone-3 was used to make one call to the Russell Cellphone.

d. From March 19, 2018 through April 21, 2018, Co-Conspirator-1 Cellphone-2 was used to make approximately nine calls to the Russell Cellphone.

### The Motorcycle Theft

9. Based upon my review of NYPD reports, I am aware that on or about March 21, 2018, a man (the "Motorcycle Owner") reported that his 2014 Yamaha YZF R1 motorcycle (the "Motorcycle") had been stolen from its parking spot at the rear of a residence in Queens, New York (the "Motorcycle Theft Location"). The Motorcycle Owner further reported that he had recently installed an aftermarket exhaust system on the Motorcycle, with round pipes tucked under the seat, in place of the Motorcycle's stock triangular-shaped pipes. The Motorcycle Owner was shown a surveillance camera image depicting the two men who robbed the Store as they rode away on a blue and white motorcycle. The Motorcycle Owner identified it as his motorcycle, and pointed out, among other things, its identical aftermarket exhaust. The Motorcycle Owner provided a photograph of the Motorcycle that was taken prior to its theft. The Motorcycle depicted in that photograph appears to me to be consistent with the motorcycle on which the two men fled the Target Store after the Target Robbery, as depicted in surveillance images.

Cell-Site Location Data

10. Based upon my review of cell site location data obtained from Sprint Corp. pursuant to a June 18, 2018 Warrant and Order issued by United States Magistrate Judge Henry B. Pitman, I am aware of the following:

    a. On or about March 21, 2018, at approximately 1:03 a.m. (*i.e.*, the day of the Motorcycle theft), the Russell Cellphone connected to the Sprint network through Cell Tower 35.[1] The Russell Cellphone connected to the Sprint network through Cell Tower 35 approximately 21 times from in or about July 2017 through in or about October 2017. From on or about October 22, 2017, through at least on or about June 18, 2018, the Russell Cellphone connected to the Sprint Network through Cell Tower 35 only on March 10 and March 21, 2018. The Russell Cellphone also connected to the Sprint network through Cell Tower 85 approximately nine times from in or about July 2017 through in or about October 2017, but did not connect to the Sprint network through Cell Tower 85 from on or about October 14, 2017, through at least on or about June 18, 2018.

    b. On March 25, 2018 (*i.e.*, the day before the Target Robbery), at approximately 2:12 p.m., both the Russell Cellphone and Co-Conspirator-1 Cellphone-2 connected to Sprint's network through cell towers located approximately 750 feet from the Target Store. On March 26, 2018 (*i.e.*, the day of the Target Robbery), the Russell Cellphone did not connect to Sprint's network during the period from approximately 2:50 a.m. through 3:52 p.m., indicating the phone was turned off or not in use during that time.

---

[1] Based upon my review of information obtain from Google Maps and Sprint Corp., I am aware that the Motorcycle Theft Location is located on a strip of land south of John F. Kennedy airport, next to Rockaway Beach. The Motorcycle Theft Location is in an area serviced by two nearby cell towers, Cell Tower 35 and Cell Tower 85.

WHEREFORE, deponent respectfully requests that a warrant issue for the arrest of TSANI RUSSELL, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

>   Anthony J. Curtin
>   Task Force Officer
>   Federal Bureau of Investigation

Sworn to before me this
12 day of July, 2019

THE HONORABLE HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

6