# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE davidruhnke@ruhnkeandbarrett.com ◊ JEAN D. BARRETT jeanbarrett@ruhnkeandbarrett.com

REPLY TO MONTCLAIR OFFICE

December 9, 2019

JOINT LETTER-MOTION
TO SET DATE FOR STATUS CONFERENCE

Filed via ECF
Hon. Naomi Reice Buchwald, Senior U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:  United States v. Tsani Russell, 19-cr-554(NRB)

Dear Judge Buchwald:

This letter is respectfully submitted by undersigned counsel as a joint request by the parties to establish a date for the next status conference in this case. After conferring, the parties request January 3, 2020 for such a conference. If that date is not convenient to Your Honor, we will work with your staff to select a date that is convenient to all concerned. At the conference, counsel will be prepared to advise the Court whether there will be an agreed-upon resolution of this matter.

Your Honor's time and attention to this matter is appreciated.

Respectfully yours,
/s/ David A. Ruhnke
David A. Ruhnke (Ruhnke & Barrett)
Diane Ferrone (Law Offices of Diane Ferrone)
Counsel to Tsani Russell

*[Handwritten annotation:]* The conference is adjourned until January 7, 2020 at 3pm. Speedy trial time excluded 18 U.S.C. 3161(h)(7)(A)

So Ordered.
Naomi Reice Buchwald, USDJ
12/11/19