# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE davidruhnke@ruhnkeandbarrett.com ◊ JEAN D. BARRETT jeanbarrett@ruhnkeandbarrett.com

REPLY TO MONTCLAIR OFFICE

February 5, 2020

## JOINT LETTER-MOTION
## TO CONTINUE DATE FOR STATUS CONFERENCE

Filed via ECF
Hon. Naomi Reice Buchwald, Senior U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   United States v. Tsani Russell, 19-cr-554(NRB)

Dear Judge Buchwald:

        This letter is respectfully submitted by undersigned counsel as a joint request by
the parties to establish a new date for the next status conference in this case, now
scheduled for February 11 at 2:30pm. The parties jointly request a continuance of
approximately 30 days. After conferring, the parties specifically request the afternoon
of March 16, 2020 if that date and time are convenient to Your Honor. If not, we will
work with your staff to select a date that is convenient to all concerned. The Court is
respectfully advised that the parties are engaged in productive discussions of a
potential resolution of the case. The defense consents to a waiver of the Speedy Trial
Act timelines.

        The Court's time and attention to this matter are appreciated.

                                Respectfully yours,
                                /s/ David A. Ruhnke
                                David A. Ruhnke (Ruhnke & Barrett)
                                Diane Ferrone (Law Offices of Diane Ferrone)
                                Counsel to Tsani Russell

*[Handwritten note in right margin: The conference is adjourned until March 24, 2020 at 2:30. Speedy trial time excluded. Naomi Reice Buchwald, USDJ 2/10/20]*