# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE davidruhnke@ruhnkeandbarrett.com ◊ JEAN D. BARRETT jeanbarrett@ruhnkeandbarrett.com

REPLY TO MONTCLAIR OFFICE

March 20, 2020

## JOINT LETTER-MOTION
## TO CONTINUE DATE FOR STATUS CONFERENCE

Filed via ECF
Hon. Naomi Reice Buchwald, Senior U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   United States v. Tsani Russell, 19-cr-554(NRB)

Dear Judge Buchwald:

This letter is respectfully submitted by undersigned counsel as a joint request by the parties to establish a new date for the next status conference in this case, presently set for March 24 at 2:30pm. The parties jointly request a continuance of approximately 45 days and, if this application is allowed, will work with Your Honor's Deputy Clerk on establishing a date that is convenient to all.

The parties have been engaged in productive discussions of a potential resolution of the case. However, the many exigencies created by the Covid-19 pandemic have made further progress impossible. It remains the goal of counsel to reach a resolution of this case. The defense consents to a waiver of Speedy Trial Act timelines.

The Court's time and attention to this matter are appreciated.

Respectfully yours,
/s/ David A. Ruhnke
David A. Ruhnke (Ruhnke & Barrett)
Diane Ferrone (Law Offices of Diane Ferrone)
Counsel to Tsani Russell

Via ECF: Jeffrey Coffman, A.U.S.A.

*[Handwritten annotation:]* The conference is adjourned until May 7, 2020 at 3:30pm. Speedy trial time is excluded. So Ordered. Naomi Reice Buchwald, USDJ 3/23/20