# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000  
973-746-1490 (FAX)

29 BROADWAY  
SUITE 1412  
NEW YORK, N.Y. 10006  
212-608-7949

DAVID A. RUHNKE davidruhnke@ruhnkeandbarrett.com  ◊  JEAN D. BARRETT jeanbarrett@ruhnkeandbarrett.com

---

June 8, 2021

STATUS REPORT AND  
LETTER-MOTION TO BE RELIEVED AS COUNSEL

Served and Filed via ECF  
Hon. Naomi Reice Buchwald, Senior U.S.D.J.  
Moynihan United States Courthouse  
500 Pearl Street  
New York, N.Y. 10007

Application granted.  
SO ORDERED.

*/s/ Naomi Reice Buchwald*  
NAOMI REICE BUCHWALD  
UNITED STATES DISTRICT JUDGE

Dated: New York, New York  
        June 10, 2021

Re:  United States v. Tsani Russell, 19-cr-554(NRB)

Dear Judge Buchwald:

Counsel respectfully submit this combined status report and letter-motion for Your Honor's consideration. The letter-motion seeks an order relieving counsel of further representation of Mr. Russell.

By way of status, and to supplement counsel's submission of May 18, 2021 (ECF-49), it is counsels' understanding that the next status conference will be scheduled for either June 14 or 16, and that the specific date and time are pending confirmation.

In support of the motion to be relieved, Your Honor is respectfully advised of the following circumstances. The face-to-face meeting with Mr. Russell and counsel—the necessity of which was discussed in the May 18 submission—has now taken place. Without elaboration, the takeaway is that Mr. Russell is insisting on a course of action that, in counsels' judgment, raises ethical issues regarding counsels' ability to continue to represent him. There have been follow-up conversations, and the reality is that counsel cannot persuade Mr. Russell that we cannot ethically support his proposed course of action. Under the circumstances, we cannot continue.

HON. NAOMI REICE BUCHWALD, U.S.D.J.
June 8, 2021
Page two

Your Honor's time and attention to this matter are appreciated.

>Respectfully yours,
>*/s/ David A. Ruhnke*
>David A. Ruhnke (Ruhnke & Barrett)
>*/s/ Diane Ferrone*
>Diane Ferrone (Law Offices of Diane Ferrone)
>Counsel to Tsani Russell

Via ECF:   Jeffrey Coffman, A.U.S.A.
Via USPS:   Tsani Russell