UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

    - against -

TSANI RUSSELL,

        Defendant.
-----------------------------------X

**ORDER**

19 Cr. 554 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Pursuant to the Criminal Justice Act, Joshua Dratel is appointed to represent Tsani Russell as of June 10, 2021.

    **So ordered.**

Dated:    New York, New York
            June 10, 2021

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE