LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                         FATOUMATA MAGASSA
—                                                                               *Paralegal*
AMY E. GREER

July 23, 2024

**<u>BY ECF</u>**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Tsani Russell*,
<u>      19 Cr. 554 (NRB)      </u>

Dear Judge Buchwald:

      This letter is submitted on behalf of defendant Tsani Russell, whom I represent in the above-entitled case, and, for the reasons set forth below, respectfully requests that the hearing on his Violation of Supervised Release ("VOSR"), currently scheduled for next Tuesday, July 30, 2024, at 11:30 a.m., be adjourned until shortly after September 9, 2024. I have been in contact with Assistant United States Attorney Jeffrey C. Coffman, and he has informed me the government does not object to this application.

      Mr. Russell's New York State criminal case – the underlying basis for the VOSR – has been adjourned until September 9, 2024. As a result, it does not appear that the parties can accomplish anything prior to next week's scheduled conference. However, my understanding is that the New York State case is marked as a final adjournment. Thus, a court date in the VOSR proceeding a short interval after September 9, 2024, would be more efficient in reaching a resolution of the VOSR.

LAW OFFICES OF
**DRATEL & LEWIS**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
July 23, 2024
Page 2 of 2

    Accordingly, it is respectfully requested the the July 30, 2024, VOSR hearing be adjourned until after September 9, 2024.

                                      Respectfully submitted,

                                      Joshua L. Dratel

JLD/